## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Carol A. Guido
         Salvatore F. Guido aka Sam F. Guido
                Debtor(s)

Specialized Loan Servicing LLC, as servicer for Wells
Fargo Bank, N.A. as trustee for Option One Mortgage
Loan Trust 2007-FXD1 Asset-Backed Certificates,
Series 2007-FXD1

                Movant
         v.
Carol A. Guido
Salvatore F. Guido aka Sam F. Guido
                Respondent(s)
         and
Robert H. Slone Esq., Trustee
                Additional Respondent

BK. NO. 17-21411 JAD

CHAPTER 7

      Related to Doc. #19

**DEFAULT O/E JAD**

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

      AND NOW, this  22nd  day of  June  , 2017, at Pittsburgh, upon Motion of Specialized Loan Servicing LLC, as servicer for Wells Fargo Bank, N.A. as trustee for Option One Mortgage Loan Trust 2007-FXD1 Asset-Backed Certificates, Series 2007-FXD1, it is

      **ORDERED THAT:** The Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is granted and modified with respect to the subject premises located at 216 Connecticut Dr, Lower Burrell, PA 15068 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

                                    sjk
                        United States Bankruptcy Judge
                        Jeffery A. Deller

FILED
6/22/17 9:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carol A. Guido
216 Connecticut Drive
Lower Burrell, PA 15068

Salvatore F. Guido aka Sam F. Guido
216 Connecticut Drive
Lower Burrell, PA 15068

Kenneth Steidl Esq.
707 Grant Street (VIA ECF)
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
julie.steidl@steidl-steinberg.com

Robert H. Slone Esq.
223 South Maple Avenue (VIA ECF)
Greensburg, PA 15601


KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-21411-JAD
Salvatore F. Guido                                                        Chapter 7
Carol A. Guido
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1              Date Rcvd: Jun 22, 2017
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db/jdb       #+Salvatore F. Guido,   Carol A. Guido,   216 Connecticut Dr.,   Lower Burrell, PA 15068-3523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    Wells Fargo Bank, N.A. as trustee for Option One
           Mortgage Loan Trust 2007-FXD1 Asset-Backed Certificates, Series 2007-FXD1 bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Specialized Loan Servicing LLC, as servicer forWells
           Fargo Bank, N.A. as trustee for Option One Mortgage Loan Trust 2007-FXD1 Asset-Backed
           Certificates, Series 2007-FXD1 bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Debtor Salvatore F. Guido julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Kenneth  Steidl    on behalf of Joint Debtor Carol A. Guido julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
           tcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert H. Slone, Trustee    robertslone223@gmail.com,  rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                  TOTAL: 6