**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Salvatore F. Guido** | Social Security number or ITIN  **xxx–xx–3834** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Carol A. Guido** | Social Security number or ITIN  **xxx–xx–6068** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:  **17–21411–JAD**

# Order of Discharge                                                                                               12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Salvatore F. Guido                              Carol A. Guido
aka Sam F. Guido


7/26/17                                         **By the court:**  Jeffery A. Deller
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 17-21411-JAD
Salvatore F. Guido                                                      Chapter 7
Carol A. Guido
         Debtors                          CERTIFICATE OF NOTICE
District/off: 0315-2           User: admin                  Page 1 of 2                  Date Rcvd: Jul 26, 2017
                               Form ID: 318                 Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db/jdb       #+Salvatore F. Guido,    Carol A. Guido,    216 Connecticut Dr.,    Lower Burrell, PA 15068-3523
14519284      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
14398373       Citi Financial,    PO Box 6403,   Sioux Falls, SD 57117-6403
14398374      +Dr. Varindani, MD,    307 Freeport Road,   Pittsburgh, PA 15238-3435
14398377      +Greater Pittsburgh Orthopaedic Assoc.,    c/o Transworld Systems, Inc.,    PO Box 17221,
                Wilmington, DE 19850-7221
14398379      +Michael Frantz, DO,    1326 Freeport Road, Suite 325,    Pittsburgh, PA 15238-3136
14398380      +National Tire & Battery,    c/o NTB Credit Plan,   PO Box 790394,    Saint Louis, MO 63179-0394
14398382       Ocwen Loan Servicing, LLC,    PO Box 24738,   West Palm Beach, FL 33416-4738
14398384      +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
                Highlands Ranch, CO 80129-2386
14412386       State Collection Service,    P.O. Box 6250,   Madison, WI 53716-0250
14412389       UPMC Health Services,    PO Box 371472,   Pittsburgh, PA 15250-7472

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 27 2017 01:31:40      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA   17128-0946
14398375      +EDI: PHINAMERI.COM Jul 27 2017 01:03:00      GM Financial,    PO Box 181145,
                Arlington, TX 76096-1145
14398376      +E-mail/Text: bankruptcydepartment@tsico.com Jul 27 2017 01:32:43
                Greater Pittsburgh Orthopaedic Assoc.,    c/o Transworld Systems,
                500 Virginia Drive, Suite 514,    Fort Washington, PA 19034-2707
14398378       EDI: CBSKOHLS.COM Jul 27 2017 01:03:00      Kohl’s,   PO Box 2983,    Milwaukee, WI 53201-2983
14398381       EDI: NAVIENTFKASMSERV.COM Jul 27 2017 01:03:00      Navient,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
14398383      +EDI: CCS.COM Jul 27 2017 01:03:00      Quest Diagnostics,    c/o Credit Collection Services,
                725 Canton Street,    Norwood, MA 02062-2679
14412387      +EDI: WTRRNBANK.COM Jul 27 2017 01:03:00      Target Card Servcies,    PO Box 660170,
                Dallas, TX 75266-0170
14398385      +E-mail/Text: BankruptcyNotice@upmc.edu Jul 27 2017 01:32:39       UPMC,
                2 Hot Metal Street, Room 386,    Pittsburgh, PA 15203-2348
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Specialized Loan Servicing LLC, as servicer forWel
cr             Wells Fargo Bank, N.A. as trustee for Option One M
cr*           +Americredit Financial Services, Inc. dba GM Financ,    PO Box 183853,    Arlington, TX 76096-3853
14412374*      Citi Financial,    PO Box 6403,   Sioux Falls, SD 57117-6403
14412375*     +Dr. Varindani, MD,    307 Freeport Road,   Pittsburgh, PA 15238-3435
14412376*     +GM Financial,    PO Box 181145,   Arlington, TX 76096-1145
14412378*     +Greater Pittsburgh Orthopaedic Assoc.,    c/o Transworld Systems, Inc.,    PO Box 17221,
                Wilmington, DE 19850-7221
14412377*     +Greater Pittsburgh Orthopaedic Assoc.,    c/o Transworld Systems,
                500 Virginia Drive, Suite 514,    Fort Washington, PA 19034-2707
14412379*      Kohl’s,   PO Box 2983,   Milwaukee, WI 53201-2983
14412380*     +Michael Frantz, DO,    1326 Freeport Road, Suite 325,    Pittsburgh, PA 15238-3136
14412381*     +National Tire & Battery,    c/o NTB Credit Plan,   PO Box 790394,    Saint Louis, MO 63179-0394
14412382*      Navient,   PO Box 9500,    Wilkes Barre, PA 18773-9500
14412383*      Ocwen Loan Servicing, LLC,    PO Box 24738,   West Palm Beach, FL 33416-4738
14412384*     +Quest Diagnostics,    c/o Credit Collection Services,    725 Canton Street,
                Norwood, MA 02062-2679
14412385*     +Specialized Loan Servicing, LLC,    8742 Lucent Blvd., Suite 300,
                Highlands Ranch, CO 80129-2386
14412388*     +UPMC,   2 Hot Metal Street, Room 386,    Pittsburgh, PA 15203-2348
                                                                                TOTALS: 2, * 14, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0315-2          User: admin                   Page 2 of 2                   Date Rcvd: Jul 26, 2017
                              Form ID: 318                  Total Noticed: 19
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor   Wells Fargo Bank, N.A. as trustee for Option One
               Mortgage Loan Trust 2007-FXD1 Asset-Backed Certificates, Series 2007-FXD1 bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor   Specialized Loan Servicing LLC, as servicer forWells
               Fargo Bank, N.A. as trustee for Option One Mortgage Loan Trust 2007-FXD1 Asset-Backed
               Certificates, Series 2007-FXD1 bkgroup@kmllawgroup.com
              Kenneth   Steidl    on behalf of Debtor Salvatore F. Guido julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Kenneth   Steidl    on behalf of Joint Debtor Carol A. Guido julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;r53037@notify.bes
               tcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone, Trustee    robertslone223@gmail.com,   rslone@pulsenet.com;pa07@ecfcbis.com
                                                                                                 TOTAL: 6
```