IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 17-21411 |
| | ) | Chapter 13 |
| Salvatore F. Guido | ) | Docket No. |
| Carol A. Guido, | ) | |
| *Debtors* | ) | |

## NOTICE OF CHANGE OF ADDRESS

AND NOW, come the debtors by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. At the time of filing, the debtors, Salvatore and Carol Guido, had an address of 216 Connecticut Drive, Lower Burrell, PA 15068.

2. The debtors have since moved and their new address is 117 Bison Court, Freeport, PA 16229.

WHEREFORE, the debtors, Salvatore and Carol Guido, respectfully file this Notice of Change of Address.

Respectfully submitted,

August 7, 2017    /s/ Kenneth Steidl
DATE    Kenneth Steidl, Esquire
Attorney for the Debtors

STEIDL & STEINBERG
707 Grant Street
Suite 2830
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA ID #34965